FILED
March 30, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)           Case No. 2:06-mj-97 KJM
        Plaintiff, )
v. )           ORDER FOR RELEASE OF
)           PERSON IN CUSTODY
Abdul Rashid Tanko, )
)
_____ )
        Defendant.

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release Abdul Rashid Tanko  Case No. 2:06-mj-97 KJM

_ from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

     _     Release on Personal Recognizance

     _     Bail Posted in the Sum of _____

     X     $65,000 Unsecured Appearance Bond to be replaced with appearance

            bond secured by property, within 2 weeks

     _     Appearance Bond with 10% Deposit

     _     Appearance Bond secured by Real Property

     _     Corporate Surety Bail Bond

     X     (Other) PTS conditions/supervision

Issued at  Sacramento, CA  on 3/30/06  at  3:40 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge