PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: ABDUL RASHID TANKO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-0127 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | |
| | ) | |
| ABDUL RASHID TANKO and, | ) | |
| NEAL FRANCIS BRADY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendants, ABDUL RASHID TANKO, through his attorney, PETER

KMETO, NEAL FRANCIS BRADY, through his attorney, RACHELLE BARBOUR

and the United States of America, through its counsel of record, ELLEN V.

ENDRIZZI, stipulate and agree to the following revised motion schedule:

1. The presently scheduled date of May 26, 2006  for Status Conference

Hearing shall be vacated and said Status Conference Hearing be rescheduled for

July 7th  , 2006 at 9:00 a.m..

The Defense was sent: 109 pages; 3 video tapes; and, 2 CD's of discovery

by the government on or about May 1, 2006.  Defense counsel have not had an

adequate opportunity to review said discovery .  Accordingly, the parties stipulate

that time be excluded for the pendency of this motion pursuant to 18 U.S. C.

§3161(h)(8)(B)(iv) [Local Code T4] – additional time to adequately prepare for

1  pretrial proceedings.

2

3  IT IS SO STIPULATED.

4  Dated:   May 23, 2006

5                                              /s/
                                            ELLEN V. ENDRIZZI
                                            Assistant U.S. Attorney
6                                           for the Government

7

8
   Dated:   May 23, 2006                     /s/
9                                           PETER KMETO
                                            Attorney for Defendant
10                                          RAHMAN ABUL SHADEBADI

11

12 Dated:   May 23, 2006                     /s/
                                            RACHELLE BARBOUR
13                                          Attorney for Defendant
                                            NEAL FRANCIS BRADY
14

15
                                    ORDER
16
              UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
17
   ordered that the hearing on motions be continued as set forth above.
18
              The Court finds excludable time pursuant to18 U.S.C. §3161
19
   (h)(8)(B)(iv) [Local Code T4] until July 7, 2006, to permit counsel to prepare.
20

21
   Dated: June 2, 2006
22

23                                          /s/ Garland E. Burrell, Jr.
                                            GARLAND E. BURRELL, JR.
24                                          United States District Judge

25

26

27

28                                     - 2 -