PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: ABDUL RASHID TANKO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-0127 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| vs. ) | |
| ) | |
| ABDUL RASHID TANKO and, ) | |
| NEAL FRANCIS BRADY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

　　　　Defendants, ABDUL RASHID TANKO, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, ELLEN V. ENDRIZZI, stipulate and agree that:

　　　　1. The presently scheduled date of July 7, 2006 for Status Conference Hearing shall be vacated and said Status Conference Hearing be rescheduled for August 11, 2006 at 9:00 a.m.;

　　　　2. A Draft Plea Agreement has been distributed to defendant Tanko. He and his lawyer require further time in order to discuss the terms of the agreement particularly with regard to defendant Tanko's criminal history. It appears that defendant Tanko's juvenile record is at issue and disclosure of same will require the filing of a petition in the Juvenile Court of the County of Sacramento;

- 1 -

3. The Court may exclude Speedy Trial time pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), (Local Code T-4), for defense counsel's review of recently provided Draft Plea Agreements with client and conduct further settlement discussions with the government.

IT IS SO STIPULATED.

Dated: July 6, 2006

/s/ Ellen V. Endrizzi
ELLEN V. ENDRIZZI
Assistant U.S. Attorney

Dated: July 6, 2006

/s/ Peter Kmeto
PETER KMETO
Attorney for Defendant
ABDUL RASHID TANKO

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the hearing on motions be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [Local Code T4] until August 11, 2006, to permit counsel to prepare.

Dated: July 7, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

- 2 -