IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABDUL RASHID TANKO,<br><br>Defendant. | Case №: 2:06-cr-00127-TLN-1<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he/she is financially unable to obtain counsel and wishes counsel be appointed to represent him/her. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED appointing Tamara L. Soloman to represent the above defendant in this case effective *nunc pro tunc* to February 21, 2020.

This appointment shall remain in effect until further order of this court.

DATED: March 2, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE