1  McGREGOR W. SCOTT
United States Attorney
2  AARON D. PENNEKAMP
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT
9
                     EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,            CASE NO.  2:06-CR-00127-TLN

12                    Plaintiff,         STIPULATION TO CONTINUE DISPOSITION
                                         HEARING; FINDINGS AND ORDER
13             v.
                                         DATE: April 30, 2020
14  ABDUL RASHID TANKO,                  TIME: 9:30 a.m.
                                         COURT: Hon. Troy L. Nunley
15                    Defendant.

16

17                              **STIPULATION**

18       WHEREAS this case is currently set for a disposition hearing on April 30, 2020 concerning

19  several previously admitted TSR violations;

20       WHEREAS, on April 17, 2020, this Court issued General Order 617, which suspends all jury

21  trials in the Eastern District of California scheduled to commence before June 15, 2020, and allows

22  district judges to continue all criminal matters to a date after June 1;

23       WHEREAS this and previous General Orders were entered to address public health concerns

24  related to COVID-19; and

25       WHEREAS, counsel for defendant has requested additional time to prepare for the previously

26  scheduled disposition hearing in this matter, and the government does not object to defendant's request

27  for additional preparation time;

28       IT IS HEREBY STIPULATED by and between plaintiff United States of America, through its

STIPULATION CONTINUING DISPOSITION HEARING                    1

1  counsel of record, and defendant, through defendant's counsel of record, that the previously scheduled

2  disposition hearing should be CONTINUED until June 4, 2020, at 9:30 a.m.

3            IT IS SO STIPULATED.

4

5

6  Dated:  April 22, 2020                          MCGREGOR W. SCOTT
                                                   United States Attorney

7
                                                   /s/ AARON D. PENNEKAMP
8                                                  AARON D. PENNEKAMP
                                                   Assistant United States Attorney
9

10

11  Dated:  April 22, 2020                         /s/ TAMARA SOLOMAN
                                                   TAMARA SOLOMAN
12                                                 Counsel for Defendant
                                                   ABDUL RASHID TANKO
13

14

15

16                          **FINDINGS AND ORDER**

17          IT IS SO FOUND AND ORDERED this 22nd day of April, 2020.

18

19

20

21
                                                   _____
                                                   Troy L. Nunley
22                                                 United States District Judge

23

24

25

26

27

28

STIPULATION CONTINUING DISPOSITION HEARING          2