UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
JUNE 11, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ABDUL RASHID TANKO,<br><br>  Defendant. | Case No. 2:06-CR-00127-01-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ABDUL RASHID TANKO, Case No. 2:06-CR-00127-01-TLN  Charge 18 U.S.C. § 1029(a)(3), from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

  X    (Other):  Sentenced to TIME SERVED.

Issued at Sacramento, California on June 11, 2020 at 10:30 AM.

By: _____
Troy L. Nunley
United States District Judge